IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
MACON DIVISION

| | |
|---|---|
| **CHRISTOPHER JACKSON,** : | |
| : | |
| **Petitioner** : | |
| : | |
| v. : | **5:05-CV-183 (WDO)** |
| : | **5:92-CR-23 (WDO)** |
| **UNITED STATES OF AMERICA,** : | |
| : | |
| **Respondent** : | |

**ORDER**

This matter is before the Court on the Magistrate Judge's Report and Recommendation to grant the Petitioner's motion to vacate so that Petitioner may file an out of time appeal.  Having carefully considered the Recommendation, and there being no objection thereto, the Recommendation is ADOPTED.  Petitioner's motion to vacate is GRANTED and he may file an out of time appeal within 10 days of the date of this order.

SO ORDERED this 6th day of December, 2005.


S/Wilbur D. Owens, Jr.
**WILBUR D. OWENS, JR.**
**UNITED STATES DISTRICT JUDGE**