IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
MACON DIVISION

| | | |
|---|---|---|
| CHRISTOPHER JACKSON, | * | |
| Petitioner, | * | |
| | * | CASE NO. 5:05-CV-183 (WDO) |
| VS. | * | 28 U.S.C. § 2255 |
| | * | CASE NO. 5:92-CR-23  (WDO) |
| UNITED STATES OF AMERICA , | * | |
| Respondent. | * | |

## ORDER GRANTING MOTION TO VACATE SENTENCE

This court's Order of December 6, 2005 (Doc. #245), and its Judgment (Doc.# 246) having been vacated by Order of the Eleventh Circuit Court of Appeals on March 21, 2006, this matter is before the court on the Magistrate Judge's Recommendation (Doc.#243) that Petitioner Jackson's Motion To Vacate  (Doc.# 237) be GRANTED and Petitioner be allowed to file an out-of-time appeal.  Having carefully considered the Recommendation and there being no objection thereto by either party, the Recommendation is hereby ADOPTED and made the Order of this court.

WHEREFORE, the Amended Sentence and Judgement imposed in this case on June 16, 2004 (Doc.#230), is hereby VACATED this date.  The same sentence is hereby re-imposed on this date, Ordered reduced to Judgment and entered of record in this case.  Defendant/Petitioner Jackson is hereby advised that he may effect an appeal of right from the Judgement of this court to the Eleventh Circuit Court of Appeals by filing a Notice of Appeal in this court within ten (10) days from entry of Judgment of the re-imposed sentence, as dictated by Rule 4(b)(1)(A)(i), Fed. R. App. Procedure.

**SO ORDERED** this 29th day of March 2006.

S/
**WILBUR D. OWENS, JR.**
**UNITED STATES DISTRICT JUDGE**